**UNITED STATES DISTRICT COURT**
**DISTRICT OF SOUTH CAROLINA**
**SPARTANBURG DIVISION**

| | |
|---|---|
| **UPSTATE ORAL & MAXILLOFACIAL SURGERY, P.A. and UNION COUNTY EMS SC**<br><br>Plaintiffs,<br><br>v.<br><br>**AIRGAS USA, LLC**<br><br>Defendant. | **Case No.: 7:19-CV-02889-DCC**<br><br>**CLASS ACTION** |

## STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1), the Parties jointly stipulate to the dismissal of this action without prejudice. As previously disclosed to the Court, the parties to this action have resolved this case as part of a global resolution involving multiple cases in an earlier-filed matter.  That class settlement has be granted final approval and therefore this case is due to be dismissed.

Respectfully submitted this 18th day of February, 2020.

*/s/ T. Ryan Langley*
T. Ryan Langley
**HODGE & LANGLEY, PC**
Federal ID No. 002537
229 Magnolia Street
PO Box 2765
Spartanburg, SC 29304
Phone:  (850) 222-2000
Rlangley@hodgelawfirm.com

Nicholas William Armstrong, Esq.
**PRICE ARMSTRONG, LLC**
2226 1st Avenue South, Suite 105
Birmingham, AL  35203

*/s/ Stephen M. Cox*
Stephen M. Cox
**ROBINSON BRADSHAW & HINSON, P.A.**
Fed. Court I.D. No. 6913
Post Office Box 12070
Rock Hill, South Carolina 29731
Tel:   (803) 325-2900
Fax: (803) 985-3782
Email: scox@rhb.com

Lawrence D. Silverman, Esq.
lawrence.silverman@akerman.com
Alexandra M. Mora, Esq.
Florida Bar No.: 52368

Phone:  (205) 706-7517
nick@pricearmstrong.com

*Attorneys for Plaintiffs*

alexandra.mora@akerman.com
**AKERMAN LLP**
Three Brickell City Centre
98 Southeast Seventh Street, Suite 1100
Miami, Florida  33131
Phone:  (305) 374-5600

*Attorneys for Defendant*
*Airgas USA, LLC*